

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00013-CR

Jeffrey Wayne **NEWMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 658978
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED April 10, 2024.

_____
Patricia O. Alvarez, Justice